TCS.3980

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **LISA LICON** | § |
| | § |
| **v.** | §   C. A. NO. 2:11-cv-235 |
| | § |
| **KAREN TUSLER ANDERSON AND** | § |
| **FLEET GLOBAL SERVICES, INC.** | § |

## FIRST AMENDED AGREED TAKE NOTHING JUDGMENT

**BE IT REMEMBERED** on this day came on to be heard the above-entitled and numbered cause, and the Court finds that it has jurisdiction over the parties and subject matter of this cause, and that the parties have previously settled all matters in controversy among them.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that all claims and causes of action asserted by the Plaintiff are hereby dismissed with prejudice to refilling, in whole or in part, and that no execution shall ever issue against Defendants Fleet Global Services, Inc. or Karen Tusler Anderson.

It is further **ORDERED, ADJUDGED AND DECREED** that all costs of court be taxed against the party incurring same.

It is **ORDERED** that all relief not granted herein for or against every party to this cause is denied.

**AGREED TO IN SUBSTANCE AND FORM:**

*/s/ Doug Monsour*

Doug Monsour
The Monsour Law Firm
404 N. Green Street
Longview, TX  75601
(903) 758-5757
(903) 230-5010 (Fax)
***Attorney for Plaintiff***


*/s/ Jason D. Mazingo*

Jason D. Mazingo
Douglas R. McSwane, Jr.
Potter Minton P.C.
110 N. College 500 Plaza Tower
Tyler, TX  75702
(903) 597-8311
(903) 593-0846 (Fax)
***Attorney for Defendant Karen Tusler***


*/s/ Clint V. Cox*

Michael P. Sharp
Clint V. Cox, IV
Fee, Smith, Sharp & Vitullo, LLP
Three Galleria Tower
13155 Noel Road
Suite 1000
Dallas, Texas 75240
(972) 934-9100
(972) 934-9200 (Fax)
***Attorneys for Defendant Fleet Global Services***